AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | APPEARANCE |
|---|---|
| V. | |
| Adil Rahman | Case Number: 24CR10223 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Adil Rahman

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☐ Federal Public Defender
✔ Retained
☐ Pro Bono

| 7/30/2024 | /s/ Geoffrey G. Nathan |
|---|---|
| Date | Signature |
| | Geoffrey G. Nathan                    552110 |
| | Print Name                           Bar Number |
| | 132 Boylston ST |
| | Address |
| | Boston            MA            02116 |
| | City              State          Zip Code |
| | (617) 472-5775 |
| | Phone Number                         Fax Number |