UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                    )<br>)<br>)<br>Adil Rahman                         )<br>) | CRIMINAL NO. 24-cr-10223 |

Motion to Conduct Rule 11 via Zoom

The defendant moves that he be allowed to conduct Rule 11 proceeding via Zoom technology on September 3.

In support of this request:

1) The defendant resides in Toronto, Canada and is a Citizen of Canada
2) The US Attorney's Office takes no position on the defendant's request

                                                              **THE DEFENDANT**

                                                              **By his Attorney,**

                                                               /s/ Geoffrey G. Nathan, Esq.
                                                               _____
                                                               **Geoffrey G. Nathan**
                                                                **BBO #552110**
                                                                **132 Boylston Street – 5th Floor**
                                                                **Boston, MA 02116**
                                                                **(617) 472-5775**
                                                                **nathanlaw@earthlink.net**

**CERTIFICATE OF SERVICE**

In accordance with Local Rules, I Geoffrey Nathan, hereby certify that the document filed through the ECF system will be sent Electronically to the registered participants as identified on the Notice of Electronic Filing on the date of filing 7/31/2024

*/s/ Geoffrey Nathan*
Geoffrey Nathan, Esq.