# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 24-CR-10223-WGY |
| v. | ) |
| ADIL RAHMAN | ) |
| Defendant. | ) |

## WITHDRAWAL OF APPEARANCE

The undersigned Assistant U.S. Attorney will no longer be employed by the United States Attorney's Office effective October 11, 2024 and respectfully requests leave to withdraw his appearance in the above-captioned matter.

Respectfully submitted,

JOSHUA S. LEVY
ACTING UNITED STATES ATTORNEY

Dated: October 10, 2024     By:     */s/ Stephen E. Frank*
STEPHEN E. FRANK
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 10, 2024     By:     */s/ Stephen E. Frank*
STEPHEN E. FRANK
Assistant United States Attorney